**Wilbert HANDSON, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34294.**

Missouri Court of Appeals,
Western District.

Nov. 1, 1983.

Donald L. Davis, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a judgment denying post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).

**Harold STUFFLEBEAN, Jr.,
Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34311.**

Missouri Court of Appeals,
Western District.

Nov. 1, 1983.

J. Armin Rust, Regional Public Defender, Lexington, for movant-appellant.

John Ashcroft, Atty. Gen., William K. Haas, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a judgment denying post-conviction relief pursuant to Rule 27.26. This case was heard by a special judge as per an order of the Missouri Supreme Court.

The judgment is affirmed. Rule 84.16(b).